# Exhibit D

screenshot-dermaconcepts.com-2020.06.11-12_11_11
https://dermaconcepts.com/pages/education-and-training
11.06.2020

Questions, Comments or to Find a Professional Contact 877.337.6227 | Consumer Login/Register | Professional Login

*DermaConcepts is the official distributor of Environ Skin Care in the US. Environ products are ONLY sold via authorized professionals. Beware of unauthorized sellers of Environ Skin Care as there are fraudulent re-sellers. It is a violation of DermaConcepts policy to sell Environ products online.*

ENVIRON® distributor

Search All Products

ABOUT ENVIRON | PRODUCTS | CLINICAL RESULTS | NEWS & PRESS | BLOG | CONTACT US | ENVIRON PROFESSIONALS

Professionals Login
Open a Professional Account

## Education & Training

DermaConcepts is extremely proud of their world-class educators and training program. Our education had been recognized by physicians, nurses, physician assistants and estheticians as one of the best in the country.

Regularly scheduled training sessions, from one to three day programs, are held throughout the United States to both introduce Environ products to skin care practioners and to provide intensive product knowledge to new professionals. All of our trainers hold continuing education workshops to update and refresh our customers on Environ's newest products, protocols, procedures and industry developments.

In addition, seminars on retailing and merchandising, marketing, and operating as a successful skin care provider are presented. Regional trainings are scheduled at conveniently located venues, but individual office programs can be presented upon request.

Please refer to our ongoing training dates and locations, and call our office at 508-539-8900 to schedule your attendance.

DOWNLOAD **THE VITAMIN STEP-UP SYSTEM** PDF

ENVIRON SKINCARE
About Us
Education & Training
Upcoming Trainings

THE ENVIRON DIFFERENCE
Why Environ
Customer Service
Ethics of Environ

CUSTOMER CARE
Contact Us
Find a Professional
Careers

LEGAL
Terms & Conditions
Privacy Policy
©2020 DermaConcepts

CONTACT US TO FIND A PROFESSIONAL
508-539-8900
1-877-DERMACARE (337-6227)

