# Exhibit E



Questions, Comments or to Find a Professional Contact 877.337.6227 Consumer Login/Register Professional Login

DermaConcepts is the official distributor of Environ Skin Care in the US. Environ products are ONLY sold via authorized professionals. Beware of unauthorized sellers of Environ Skin Care as there are fraudulent re-sellers. It is a violation of DermaConcepts policy to sell Environ products online.

ENVIRON® distributor

Search All Products

ABOUT ENVIRON PRODUCTS CLINICAL RESULTS NEWS & PRESS BLOG CONTACT US ENVIRON PROFESSIONALS

Professionals Login
Open a Professional Account

Links
Upcoming Trainings

## Training & Special Events

### Live Classroom Training

**Environ's 1-Day Essentials Training** will introduce Environ's philosophy, skin science, procedures to enhance effectiveness of products, Environ's retail, peel and professional products.

**Environ's 2-Day Intensive Training-** will help you to understand common and difficult skin conditions; skin consultation; how to treat the causes; science of results-oriented ingredients; combining products and cutting edge technology for extraordinary results

**Environ's 1-Day Advanced Technology Training** will go in-depth into the science of advanced technologies, treatment protocols, and ways to incorporate these technologies into your practice to increase your profitability and client satisfaction.

### What Skin Care Professionals are Saying About Environ Trainings

"Amazing Training! Excellent Knowledge. Clear and organized as well as practical application for working with clients. Thank you!"

**Licensed professionals interested in attending one of our trainings please contact brittany@dermaconcepts.com for more information.**

### Training Schedule

| DATE | TYPE OF EVENT | LOCATION AND TIME |
|---|---|---|
| 3.09.20-3.10.20 | Environ Skincare<br>2-Day Intensive Workshop | DoubleTree by Hilton Boston Westborough<br>Westborough, MA 01581 |
| 3.15.20-3.16.20 | Environ Skincare<br>2-Day Intensive Workshop | Marriott Scottsdale McDowell Mountains<br>Scottsdale, AZ 85260 |
| 3.16.20 | Environ Skincare<br>1-Day Essentials Workshop | Aloft Sarasota<br>Sarasota, FL 34236 |
| 3.19.20 | Environ Skincare<br>1-Day Essentials Workshop | Proximity Hotel<br>Greensboro, NC 27408 |
| 3.20.20 | Environ Skincare<br>1-Day Essentials Workshop | The Lumen<br>Dallas, TX 75205 |
| 3.29.20-3.30.20 | Environ Skincare<br>2-Day Intensive Workshop | Moonrise Hotel<br>St Louis, MO 63112 |
| 3.29.20-3.30.20 | Environ Skincare<br>2-Day Intensive Workshop | The Westin Buckhead Atlanta<br>Atlanta, GA 30326 |
| 3.30.20 | Environ Skincare<br>1-Day Introduction to our NEW Cool Peel® Technology Protocols and Materials | American Med Spa Association (AmSpa)<br>Chicago, IL 60661 |
| 4.6.20-4.7.20 | Environ Skincare<br>2-Day Intensive Workshop | Environ Training Center<br>Delray Beach, FL 33483 |
| 6.01.20-6.02.20 | Environ Skincare<br>2-Day Intensive Workshop | DoubleTree by Hilton Boston Westborough<br>Westborough, MA 01581 |
| 9.13.20-9.14.20 | Environ Skincare<br>2-Day Intensive Workshop | Convene<br>New York, NY 10017 |
| 9.21.20-9.22.20 | Environ Skincare<br>2-Day Intensive Workshop | DoubleTree by Hilton Boston Westborough<br>Westborough, MA 01581 |
| 12.07.20-12.08.20 | Environ Skincare<br>2-Day Intensive Workshop | DoubleTree by Hilton Boston Westborough<br>Westborough, MA 01581 |

ENVIRON SKINCARE
About Us
Education & Training
Upcoming Trainings

THE ENVIRON DIFFERENCE
Why Environ
Customer Service
Ethics of Environ

CUSTOMER CARE
Contact Us
Find a Professional
Careers

LEGAL
Terms & Conditions
Privacy Policy
©2020 DermaConcepts

CONTACT US TO FIND A PROFESSIONAL
508-539-8900
1-877-DERMACARE (337-6227)

/