# Exhibit F



company policy
# online sales and internet

I/we understand that Environ Skin Care/DermaConcepts does not allow online sales. Our products are formulated to address specific, individual skin care needs and cannot be dispensed without individual, professional consultation by a trained Environ stockist. Improper dispensing of Environ products may result in ineffective results and/or adverse reactions.

**The following policies and procedures must be adhered to before placing environ on your web site or accepting retail orders:**

Products and descriptions can be posted on your website only using official Environ images.

Environ Skin Care is a fair trade item and MSRP must be maintained.

No advertised discounting is permissible.

Prices cannot be listed on your website or on the internet.

An Environ trained therapist is required for any/all employees providing customer service online or in-person.

Only Environ trained skin care staff can accept Environ orders.

Proof of satisfactory completion of product training exams by the stockist must be provided to DermaConcepts. Training is available at no cost.

All orders for Environ products can only be accepted after personally speaking with the client to ensure they receive the proper products.

Once a phone or in-person consultation is completed, a client specific code can be provided to the consumer to purchase on your restricted access site.

**Failure to adhere to company polices and procedures will result in removal as a stockist.**

Name of practice _____

Authorized signatory _____

Date _____