# EXHIBIT G



*screenshot-www.amazon.com-2021.07.01-18_22_01*
*https://www.amazon.com/s?k=environ&i=beauty&bbn=3760911&rh=n%3A3760911%2Cp_n_condition-type%3A6461716011%2Cp_6%3AA30Y7U6R4MVDJH&dc&qid=1625179370&rnid=331588011&ref=sr_nr_p_6_2*
*01.07.2021*

amazon prime | Deliver to Owen Houston 77008 | Beauty & Personal Care | environ | Hello, Owen Account & Lists | Returns & Orders | 0 Cart

All | Browsing History | Prime | Outdoor Recreation | Buy Again | Sports & Fitness | Subscribe & Save | Livestreams | Groceries | Amazon Basics | Coupons | Handmade | Owen's Amazon.com | Low prices on school supplies

All Beauty | Premium Beauty | Makeup | Skin Care | Hair Care | Fragrance | Tools & Accessories | Personal Care | Oral Care | Men's Grooming | Professional Beauty | Best Sellers | New Arrivals | FSA Eligible Items | Sales & Special Offers

7 results for "environ" — Sort by: Featured

**Department**
‹ Any Department
**Beauty & Personal Care**
Skin Care Products
Hair Care Products
Beauty Tools & Accessories

**Brand**
House of RHONE
Angel Kiss
roselynboutique

**Condition**
‹ Condition
**New**

AMERICAN EXPRESS | RESY
Reward your love of restaurants
Earn 15x points on eligible purchases at restaurants worldwide with the Platinum Card®
Cap & Terms Apply.
Learn More
Visit resy.com/amex-offers
Sponsored

Environ C-Quence Serum 4
2 ratings
$193.00 ($193.00/Count)
$4.99 shipping

Environ Cosmetic Focus CIT
2 ratings
$70.00 ($70.00/Count) ~~$77.86~~
$5.15 shipping
Only 9 left in stock - order soon.

Environ Vita-Peptide Youth EssentiA Eye Gel
5 ratings
$125.00 ($125.00/Count)
$4.99 shipping
Only 1 left in stock - order soon.

Environ AVST 5
3 ratings
$118.00 ($118.00/Count)
$4.99 shipping
Only 1 left in stock - order soon.

Biologique Recherche Lotion P50W new formula
**8.45 Fl Oz (Pack of 1)**
17 ratings
$134.50 ($16.01/Fl Oz)
$4.99 shipping

Creme Elastine Marine
3 ratings
$115.00 ($115.00/Count)
$5.15 shipping

BIOLOGIQUE RECHERCHE LOTION P50v 1970 5.1 OZ
**5.1 Fl Oz (Pack of 1)**
8 ratings
$98.20 ($19.25/Fl Oz)
$4.99 shipping
Only 18 left in stock - order soon.

Brands related to your search
Sponsored

Plexaderm
Plexaderm Official Store
Shop Plexaderm ›

COSMEDIX
Premium Serums for Extreme Hydration
Shop COSMEDIX ›

QRxLabs
Intense Rush of Total Hydration - Hydrolific
Shop QRxLabs ›



