# EXHIBIT H

*screenshot-www.amazon.com-2021.05.07-22_21_04*
*https://www.amazon.com/s?i=merchant-items&me=A1QKS5P095CD36&rh=p_4%3AEnviron&dc&marketplaceID=ATVPDKIKX0DER&qid=1620443445&ref=sr_nr_p_4_4*
*07.05.2021*

amazon prime | Deliver to Owen Houston 77008 | AnaCapri | Hello, Owen Account & Lists | Returns & Orders | 0 Cart

All | Browsing History | Prime | Fresh | Whole Foods | Owen's Amazon.com | Outdoor Recreation | Buy Again | Subscribe & Save | Sports & Fitness | Handmade

1-16 of 47 results

Sort by: Featured

**Brand**

‹ Any Brand

**Environ**

Environ Cleanser

★★★★★ 3

$99.33 ($99.33/Count)

FREE Shipping

Environ Vita-Peptide Youth EssentiA Eye Gel

★★★★★ 2

$145.00 ($145.00/Count)

FREE Shipping

Environ Dual Action Pre-Cleansing Oil

★★★★★ 2

$61.50 ($61.50/Count)

FREE Shipping

Environ AVST 1

★★★★½ 5

$118.00 ($118.00/Count)

FREE Shipping

Only 6 left in stock - order soon.







### ENVIRON'S BODY KIT

$245$^{00}$ ($245.00/Count) $262.50

FREE Shipping
Only 6 left in stock - order soon.



### Environ Derma Lac Lotion

★★★★☆ ˅ 8

$125$^{00}$ ($125.00/Count)

FREE Shipping



### Environ Intensive Hydrating Oil Capsules

★★★★★ ˅ 1

$164$^{00}$ ($164.00/Count)

FREE Shipping



### Environ AVST 2

★★★★★ ˅ 7

$149$^{00}$ ($149.00/Count)

FREE Shipping
Only 20 left in stock - order soon.



### Environ Revival Masque




★★★★½ ⌄ 5

$126⁰⁰ ($74.12/Fl Oz)

FREE Shipping

---

### Environ Youth EssentiA Vita-Peptide Toner



★★★★★ ⌄ 5

$105⁰⁰ ($105.00/Count)

FREE Shipping

Only 9 left in stock - order soon.

---

### ENVIRON Sebu-Wash Gel Cleanser



★☆☆☆☆ ⌄ 1

$66⁵⁰ ($13.12/Fl Oz)

FREE Shipping

---

### Environ Cleansing Lotion 200 ml

**6.76 Fl Oz (Pack of 1)**



★★★★½ ⌄ 12

$68⁵⁰ ($10.07/Fl Oz)

FREE Shipping

---

### Environ Youth EssentiA Antioxidant Defence Creme



★★★★★ ⌄ 3

$164⁷⁹ ($164.79/Count)

$175.00

FREE Shipping



Environ Skin Essentia Low Foam Cleansing Gel

★★★★★ ⌄ 4

$72.00 ($72.00/Count)

FREE Shipping

Environ Classic AVST 3

★★★★★ ⌄ 3

$186.00 ($186.00/Count)

FREE Shipping

Only 17 left in stock - order soon.

Environ Vitamin A,C & E Body Oil Forte

$154.50 ($45.71/Fl Oz)

FREE Shipping

Only 5 left in stock - order soon.

← Previous  | 1 | 2 | 3 | Next → |

## Need help?

Visit the help section or contact us

**Buy it again**

Page 1 of 9



**Books you may like**

Page 1 of 9

Your Browsing History

Your browsing history is turned off on this device.   Turn it on

Back to top

**Get to Know Us**

Careers

Blog

About Amazon

**Make Money with Us**

Sell products on Amazon

Sell apps on Amazon

**Amazon Payment Products**

Amazon Rewards Visa Signature Cards

Amazon.com Store Card

**Let Us Help You**

Amazon and COVID-19

Your Account

About Amazon

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Tours

Become an Affiliate

Start a package delivery business

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Make Money with Us

Amazon Secured Card

Amazon Business Card

Amazon Business Line of Credit

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help

amazon

English

United States

Amazon Music
Stream millions
of songs

Amazon
Advertising
Find, attract,
and
engage
customers

Amazon Drive
Cloud storage
from Amazon

6pm
Score deals
on fashion brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook
Publishing
Made Easy

Alexa
Actionable
Analytics
for the Web

Sell on Amazon
Start a Selling
Account

Amazon
Business
Everything For
Your Business

Amazon Fresh
Groceries & More
Right To Your Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Experienced Pros
Happiness
Guarantee

Amazon Ignite
Sell your original
Digital
Educational
Resources

Amazon Web
Services
Scalable Cloud
Computing
Services

Audible
Listen to Books &
Original
Audio
Performances

Book
Depository
Books With
Free
Delivery
Worldwide

Box Office Mojo
Find Movie
Box Office Data

ComiXology
Thousands of
Digital Comics

DPReview
Digital
Photography

East Dane
Designer Men's
Fashion

Fabric
Sewing, Quilting
& Knitting

Goodreads
Book reviews
&
recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info Entertainment
Professionals Need

Kindle Direct
Publishing
Indie Digital & Print
Publishing
Made Easy

Amazon Photos
Unlimited Photo
Storage
Free With Prime

Prime Video
Direct
Video Distribution
Made Easy

Shopbop
Designer
Fashion Brands

Amazon
Warehouse
Great Deals on
Quality Used
Products

Whole Foods
Market
America's
Healthiest
Grocery Store

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Ring
Smart Home
Security Systems

eero WiFi
Stream 4K Video
in Every Room

Blink
Smart Security
for Every Home

Neighbors
App
Real-Time
Crime
& Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right
to your door

PillPack
Pharmacy Simplified

Amazon
Renewed
Like-new
products
you can trust

Amazon Second
Chance
Pass it on, trade it
in,
give it a second
life

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2021, Amazon.com, Inc. or its affiliates

*screenshot-www.amazon.com-2021.05.07-22_22_53*
*https://www.amazon.com/s?i=merchant-items&me=A1QKS5P095CD36&rh=p_4%3AEnviron&dc&page=2&marketplaceID=ATVPDKIKX0DER&qid=1620444017&ref=sr_pg_2*
*07.05.2021*

amazon prime | Deliver to Owen Houston 77008 | AnaCapri | Hello, Owen Account & Lists | Returns & Orders | 0 Cart

All | Browsing History | Prime | Fresh | Whole Foods | Owen's Amazon.com | Outdoor Recreation | Buy Again | Subscribe & Save | Sports & Fitness | Handmade

17-32 of 47 results

Sort by: Featured

**Brand**
< Any Brand
**Environ**

Environ AVST 5
★★★★★ 3
$158.00 ($158.00/Count)
FREE Shipping
Only 3 left in stock - order soon.

Retinol Serum Environ
$114.50 ($114.50/Fl Oz)
FREE Shipping

Environ Intensive Colostrum Gel
★★★★☆ 5
$115.50 ($115.50/Count)
FREE Shipping

Environ C-Quence Serum 2
★★★★★ 1
$186.00 ($186.00/Count)
FREE Shipping
Only 14 left in stock - order soon.







**Environ Body Oil Vitamin A, C, E**

⭐⭐⭐⭐ ⌄ 5

$105$^{50}$ ($105.50/Count)

FREE Shipping



**Environ C-Quence Serum 3**

⭐⭐⭐⭐ ⌄ 3

$194$^{00}$ ($194.00/Count)

FREE Shipping

Only 15 left in stock - order soon.



**Environ Concentrated Alpha Hydroxy Toner**

⭐⭐⭐⭐⭐ ⌄ 1

$92$^{00}$ ($92.00/Count)

FREE Shipping



**Environ Sebu-Tone Clarifier**

⭐⭐⭐⭐⭐ ⌄ 2

$69$^{49}$ ($69.49/Count)

FREE Shipping

Only 19 left in stock - order soon.

**Environ HA Intensive Hydrating Serum**



$^{\$}160^{00}$ ($160.00/Count)

FREE Shipping

Only 19 left in stock - order soon.



### Environ Retinol Serum 1

$^{\$}146^{00}$ ($146.00/Count)

FREE Shipping

Only 9 left in stock - order soon.



### Environ Vita-Peptide C-Quence Serum 1

★★★★★ ⌄ 2

$^{\$}182^{00}$ ($154.24/Fl Oz)

FREE Shipping

Only 15 left in stock - order soon.



### ENVIRON Cosmetic Roll-Cit

$^{\$}208^{00}$ ($208.00/Count)

FREE Shipping

Only 10 left in stock - order soon.



### Environ Hydrating Clay Masque

★★★★★ ⌄ 1

$^{\$}85^{00}$ ($85.00/Count)

FREE Shipping



**Environ Alpha Hydroxy Night Cream**
★★★★★ ⌄ 7
$110.00 ($110.00/Count)
FREE Shipping
Only 3 left in stock - order soon.

**Environ Vita-Enriched Antioxidant Gel**
★★★★★ ⌄ 1
$100.00 ($100.00/Count)
FREE Shipping
Only 10 left in stock - order soon.

**Environ Retinol Serum 3**
$235.50 ($235.50/Count)
FREE Shipping
Only 8 left in stock - order soon.

← Previous   1   2   3   Next →

## Need help?

Visit the help section or contact us

## Buy it again

Page 1 of 9



## Books you may like

Page 1 of 9

Your Browsing History    Your browsing history is turned off on this device.    Turn it on

Back to top

### Get to Know Us
Careers
Blog
About Amazon

### Make Money with Us
Sell products on Amazon
Sell apps on Amazon

### Amazon Payment Products
Amazon Rewards Visa Signature Cards
Amazon.com Store Card

### Let Us Help You
Amazon and COVID-19
Your Account

About Amazon
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Tours

Become an Affiliate
Start a package delivery business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Make Money with Us

Amazon Secured Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

amazon

| English |

United States

**Amazon Music**
Stream millions of songs

**Amazon Advertising**
Find, attract, and engage customers

**Amazon Drive**
Cloud storage from Amazon

**6pm**
Score deals on fashion brands

**AbeBooks**
Books, art & collectibles

**ACX**
Audiobook Publishing Made Easy

**Alexa**
Actionable Analytics for the Web

**Sell on Amazon**
Start a Selling Account

**Amazon Business**
Everything For Your Business

**Amazon Fresh**
Groceries & More Right To Your Door

**AmazonGlobal**
Ship Orders Internationally

**Home Services**
Experienced Pros Happiness Guarantee

**Amazon Ignite**
Sell your original Digital Educational Resources

**Amazon Web Services**
Scalable Cloud Computing Services

**Audible**
Listen to Books & Original Audio Performances

**Book Depository**
Books With Free Delivery Worldwide

**Box Office Mojo**
Find Movie Box Office Data

**ComiXology**
Thousands of Digital Comics

**DPReview**
Digital Photography

**East Dane**
Designer Men's Fashion

**Fabric**
Sewing, Quilting & Knitting

**Goodreads**
Book reviews & recommendations

**IMDb**
Movies, TV & Celebrities

**IMDbPro**
Get Info Entertainment Professionals Need

**Kindle Direct Publishing**
Indie Digital & Print Publishing Made Easy

**Amazon Photos**
Unlimited Photo Storage Free With Prime

**Prime Video Direct**
Video Distribution Made Easy

**Shopbop**
Designer Fashion Brands

**Amazon Warehouse**
Great Deals on Quality Used Products

**Whole Foods Market**
America's Healthiest Grocery Store

**Woot!**
Deals and Shenanigans

**Zappos**
Shoes & Clothing

**Ring**
Smart Home Security Systems

**eero WiFi**
Stream 4K Video in Every Room

**Blink**
Smart Security for Every Home

**Neighbors App**
Real-Time Crime & Safety Alerts

**Amazon Subscription Boxes**
Top subscription boxes – right to your door

**PillPack**
Pharmacy Simplified

**Amazon Renewed**
Like-new products you can trust

**Amazon Second Chance**
Pass it on, trade it in, give it a second life

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2021, Amazon.com, Inc. or its affiliates

screenshot-www.amazon.com-2021.05.07-22_25_20
https://www.amazon.com/s?i=merchant-items&me=A1QKS5P095CD36&rh=p_4%3AEnviron&dc&page=3&marketplaceID=ATVPDKIKX0DER&qid=1620444127&ref=sr_pg_3
07.05.2021



**Environ C-Quence Serum 1**

$196⁰⁰ ($196.00/Count)

FREE Shipping

Only 16 left in stock - order soon.

**Environ Focus Frown Serum**

$226⁵⁰ ($226.50/Count)

FREE Shipping

Only 8 left in stock - order soon.

**Environ Cosmetic Focus CIT**

★★★★★ ⌄ 2

$77⁸⁶ ($77.86/Count)

FREE Shipping

Only 1 left in stock - order soon.

**Environ Multi-Bioactive Mela-Prep Lotion**

$160⁰⁰ ($160.00/Count)

FREE Shipping

Only 10 left in stock - order soon.







### ENVIRON HAND & NAIL CREAM

**1.7 Ounce**

⭐☆☆☆☆ ⌄ 1

$57^{00} ($33.53/Fl Oz)

FREE Shipping

Only 9 left in stock - order soon.



### Environ Vita Botanical Sebu- Ace Oil

$123^{50} ($123.50/Count)

FREE Shipping

Only 8 left in stock - order soon.



### Environ VITA-ANTIOXIDANT AVST GEL

$129^{00} ($129.00/Count)

FREE Shipping

Only 4 left in stock - order soon.



### ENVIRON Hydroxy Acid Sebu-Clear Masque

⭐⭐⭐⭐⭐ ⌄ 1

**13% off**

$72^{00} ($42.35/Fl Oz) $85.00

Lowest price in 30 days

FREE Shipping

Only 6 left in stock - order soon.

### Environ Retinol Serum 2



$168$^{00}$ ($168.00/Fl Oz) ~~$188.90~~

FREE Shipping
Only 6 left in stock - order soon.



### Environ Hydroxy-Acid Sebu-Lac Lotion

$135$^{50}$ ($135.50/Count)

FREE Shipping
Only 10 left in stock - order soon.

★ ★ ★ ★ ★ & Up
★ ★ ★ ★ ★ & Up

**Brand**
- [ ] Plexaderm
- [ ] roselynboutique
- [ ] Prosper Beauty
- [ ] Garnier
- [ ] BIOLOGIQUE RECHERCHE
- [ ] Sdara Skincare
- [ ] Heritage Store
∨ See more

**Price**
Under $25
$25 to $50
$50 to $100
$100 to $200
$200 & Above

[ $ Min ] [ $ Max ] [ Go ]

**Premium Beauty Selection**
- [ ] Premium Selection

**Beauty Product Attributes**
- [ ] Alcohol Free
- [ ] Ammonia Free
- [ ] Contains Keratin
- [ ] Formaldehyde Free
- [ ] Hypoallergenic
- [ ] Oil Free
- [ ] PABA Free
∨ See more

**Subscribe & Save**
- [ ] Subscribe & Save Eligible

**From Our Brands**



Environ Vita-Peptide Youth
EssentiA Eye Gel
★★★★★ ∨ 2
$113$^{00}$ ($113.00/Count)
FREE Shipping
Only 4 left in stock - order soon.



Environ Youth EssentiA
Antioxidant Defence Creme
★★★★★ ∨ 3
$164$^{79}$ ($164.79/Count)
~~$175.00~~
FREE Shipping
More Buying Choices
$163.79 (4 new offers)



Environ C-Quence Serum 4
★★★☆☆ ∨ 3
$181$^{00}$ ($181.00/Count)
~~$192.00~~
$4.99 shipping
Only 10 left in stock - order soon.



Environ Enhanced A, C & E
Body Oil 3.38oz
3.38 Fl Oz (Pack of 1)
★★★★★ ∨ 16
$91$^{49}$ ($27.07/Fl Oz) ~~$101.00~~
FREE Shipping
Only 9 left in stock - order soon.
More Buying Choices
$85.74 (6 new offers)



Environ Intensive Colostrum



Environ Body Oil Vitamin A, C,



Environ AVST 1
★★★★★



Environ AVST 5
★★★★★



Our Brands

**Packaging Option**

Frustration-Free Packaging

**New Arrivals**

Gel
5
$115.50 ($115.50/Count)
FREE Shipping

5
$96.00 ($96.00/Count)
FREE Shipping

5
8% off
$73.00 ($73.00/Count) ~~$79.00~~
Lowest price in 30 days

3
$99.00 ($99.00/Count)
FREE Shipping
Only 1 left in stock - order soon.

Environ Multivitamin Body Moisturiser
$172.50 ($172.50/Count)
FREE Shipping
Only 10 left in stock - order soon.

ENVIRON Body Roll-CIT
$499.00 ($499.00/Count)
FREE Shipping
Only 10 left in stock - order soon.

← Previous 1 2 3 Next →

## Need help?

Visit the help section or contact us

## Buy it again

Page 1 of 9

✓prime FREE One-Day
Purchased Mar 2021

Purchased Jan 2021

✓prime FREE Delivery
Purchased Jan 2021

✓prime FREE One-Day
Purchased Oct 2020

$29.99
✓prime FREE Delivery
Purchased Nov 2020

✓prime FREE Delivery
Purchased Mar 2021

## Books you may like

Page 1 of 9

<

>

Your
Browsing
History

Your browsing history is turned off on this device.    Turn it on

**Get to Know Us**

Careers

Blog

About Amazon

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Tours

**Make Money with Us**

Sell products on Amazon

Sell apps on Amazon

Become an Affiliate

Start a package delivery business

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Make Money with Us

**Amazon Payment Products**

Amazon Rewards Visa Signature Cards

Amazon.com Store Card

Amazon Secured Card

Amazon Business Card

Amazon Business Line of Credit

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

**Let Us Help You**

Amazon and COVID-19

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help

amazon

🌐 English ⇕    🇺🇸 United States

| | | | | | | |
|---|---|---|---|---|---|---|
| **Amazon Music** Stream millions of songs | **Amazon Advertising** Find, attract, and engage customers | **Amazon Drive** Cloud storage from Amazon | **6pm** Score deals on fashion brands | **AbeBooks** Books, art & collectibles | **ACX** Audiobook Publishing Made Easy | **Alexa** Actionable Analytics for the Web |
| **Sell on Amazon** Start a Selling Account | **Amazon Business** Everything For Your Business | **Amazon Fresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally | **Home Services** Experienced Pros Happiness Guarantee | **Amazon Ignite** Sell your original Digital Educational Resources | **Amazon Web Services** Scalable Cloud Computing Services |
| **Audible** Listen to Books & Original Audio Performances | **Book Depository** Books With Free Delivery Worldwide | **Box Office Mojo** Find Movie Box Office Data | **ComiXology** Thousands of Digital Comics | **DPReview** Digital Photography | **East Dane** Designer Men's Fashion | **Fabric** Sewing, Quilting & Knitting |
| **Goodreads** Book reviews & recommendations | **IMDb** Movies, TV & Celebrities | **IMDbPro** Get Info Entertainment Professionals Need | **Kindle Direct Publishing** Indie Digital & Print Publishing Made Easy | **Amazon Photos** Unlimited Photo Storage Free With Prime | **Prime Video Direct** Video Distribution Made Easy | **Shopbop** Designer Fashion Brands |
| **Amazon Warehouse** Great Deals on Quality Used Products | **Whole Foods Market** America's Healthiest Grocery Store | **Woot!** Deals and Shenanigans | **Zappos** Shoes & Clothing | **Ring** Smart Home Security Systems | **eero WiFi** Stream 4K Video in Every Room | **Blink** Smart Security for Every Home |
| | **Neighbors App** Real-Time Crime & Safety Alerts | **Amazon Subscription Boxes** Top subscription boxes – right to your door | **PillPack** Pharmacy Simplified | **Amazon Renewed** Like-new products you can trust | **Amazon Second Chance** Pass it on, trade it in, give it a second life | |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2021, Amazon.com, Inc. or its affiliates

*screenshot-www.amazon.com-2021.05.07-22_27_38*
*https://www.amazon.com/s?i=merchant-items&me=A1QKS5P095CD36&rh=p_4%3AEnviron+A%5Cd+C+%26+E+Body+Oil&dc&marketplaceID=ATVPDKIKX0DER&qid=1620444437&ref=sr_nr_p_4_6*
*07.05.2021*

amazon prime | Deliver to Owen Houston 77008 | AnaCapri | Hello, Owen Account & Lists | Returns & Orders | 0 Cart

All | Browsing History | Prime | Fresh | Whole Foods | Owen's Amazon.com | Outdoor Recreation | Buy Again | Subscribe & Save | Sports & Fitness | Handmade

1 result — Sort by: Featured

**Brand**
‹ Any Brand
**Environ A, C & E Body Oil**

Environ Enhanced A, C & E Body Oil 3.38oz
**3.38 Fl Oz (Pack of 1)**
★★★★★ 16
$101.00 ($29.88/Fl Oz)
FREE Shipping

## Need help?

Visit the help section or contact us

## Buy it again

Page 1 of 9

Dreft Stage 2: Baby Liquid Laundry Detergent Soap, Natural for Newborn, or...
★★★★★ 13,102
$20.37
prime FREE One-Day
Purchased Mar 2021

Torani Syrup, Classic Caramel, 25.4 Ounces (Pack of 4)
★★★★☆ 2,844
$19.43
prime FREE One-Day
Purchased Jan 2021

[500 Pack] Neon Colored Drinking Straws - Flexible, Disposable Kid Friendly, Assorted Colors
★★★★☆ 5,099
$6.99
prime FREE Delivery
Purchased Jan 2021

Amazon Brand - Mama Bear Gentle Baby Laundry Detergent, 95% Biobased, Fragrance...
★★★★☆ 585
$23.45
prime FREE One-Day
Purchased Oct 2020

Sposie Overnight Diaper Booster Pads, 90 ct, No Adhesive for Easy...
★★★★☆ 6,831
#1 Best Seller in Diaper Liners
$29.99
prime FREE Delivery
Purchased Nov 2020

Crayola Bathtub Fingerpaint 5 Color Variety Pack, 3 Ounce Tubes (Bluetiful Blue,...
★★★★☆ 2,104
$13.50
prime FREE Delivery
Purchased Mar 2021

## Books you may like

Page 1 of 9





**Eyes That Kiss in the Corners**
› Joanna Ho
Hardcover
⭐⭐⭐⭐⭐ 1,009
**#1 Best Seller** in
Children's Asian & Asian
American Books
$11.33
✓prime FREE One-Day



**How to Talk so Little Kids Will Listen: A Survival Guide to Life...**
› Joanna Faber
⭐⭐⭐⭐½ 5,875
Paperback
$8.30
✓prime FREE Delivery

**The Boy with Big, Big Feelings (The Big, Big)**
› Britney Winn Lee
⭐⭐⭐⭐⭐ 1,265
Hardcover
$13.49
✓prime FREE Delivery

**Little Blue Truck's Springtime**
› Alice Schertle
⭐⭐⭐⭐⭐ 8,011
Board book
**#1 Best Seller** in
Children's Farm Life Books
$6.12
✓prime FREE One-Day




**Our Skin: A First Conversation About Race (First Conversations)**
› Megan Madison
⭐⭐⭐⭐½ 199
Board book
$8.08
✓prime FREE Delivery

**My First Learn-to-Write Workbook: Practice for...**
› Crystal Radke
Paperback
⭐⭐⭐⭐⭐ 52,194
**#1 Best Seller** in
Education Workbooks
$5.51
✓prime FREE One-Day

Your Browsing History    Your browsing history is turned off on this device.    Turn it on

Back to top

**Get to Know Us**
Careers
Blog
About Amazon
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Tours

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Start a package delivery business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Make Money with Us

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Secured Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

amazon
English    United States

Amazon Music    Amazon    Amazon Drive    6pm    AbeBooks    ACX    Alexa

Stream millions
of songs

Advertising
Find, attract,
and
engage
customers

Cloud storage
from Amazon

Score deals
on fashion brands

Books, art
& collectibles

Audiobook
Publishing
Made Easy

Actionable
Analytics
for the Web

**Sell on Amazon**
Start a Selling
Account

**Amazon
Business**
Everything For
Your Business

**Amazon Fresh**
Groceries & More
Right To Your Door

**AmazonGlobal**
Ship Orders
Internationally

**Home Services**
Experienced Pros
Happiness
Guarantee

**Amazon Ignite**
Sell your original
Digital
Educational
Resources

**Amazon Web
Services**
Scalable Cloud
Computing
Services

**Audible**
Listen to Books &
Original
Audio
Performances

**Book
Depository**
Books With
Free
Delivery
Worldwide

**Box Office Mojo**
Find Movie
Box Office Data

**ComiXology**
Thousands of
Digital Comics

**DPReview**
Digital
Photography

**East Dane**
Designer Men's
Fashion

**Fabric**
Sewing, Quilting
& Knitting

**Goodreads**
Book reviews
&
recommendations

**IMDb**
Movies, TV
& Celebrities

**IMDbPro**
Get Info Entertainment
Professionals Need

**Kindle Direct
Publishing**
Indie Digital & Print
Publishing
Made Easy

**Amazon Photos**
Unlimited Photo
Storage
Free With Prime

**Prime Video
Direct**
Video Distribution
Made Easy

**Shopbop**
Designer
Fashion Brands

**Amazon
Warehouse**
Great Deals on
Quality Used
Products

**Whole Foods
Market**
America's
Healthiest
Grocery Store

**Woot!**
Deals and
Shenanigans

**Zappos**
Shoes &
Clothing

**Ring**
Smart Home
Security Systems

**eero WiFi**
Stream 4K Video
in Every Room

**Blink**
Smart Security
for Every Home

**Neighbors
App**
Real-Time
Crime
& Safety Alerts

**Amazon Subscription Boxes**
Top subscription boxes – right
to your door

**PillPack**
Pharmacy Simplified

**Amazon
Renewed**
Like-new
products
you can trust

**Amazon Second
Chance**
Pass it on, trade it
in,
give it a second
life

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2021, Amazon.com, Inc. or its affiliates