IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| ENVIRON SKIN CARE (PROPRIETARY) LIMITED, AND DERMACARE USA CORPORATION DBA DERMACONCEPTS<br><br>Plaintiff,<br><br>v.<br><br>OPEN HARBORS OPEN HEARTS LLC D/B/A ANACAPRI, LEVLOVS LLC D/B/A YOU_ARE_BEAUTIFUL, HALINA TARASIUK, PAVEL PAULOUSKI, and JANE DOES 1-10,<br><br>Defendants. | Case No.: 3:21-cv-955<br><br>AMENDED CONSENT DECREE AND STIPULATED PERMANENT INJUNCTION |

## RECITALS

A. Plaintiff Environ Skin Care (Proprietary) Limited ("Environ") is a South African corporation with a principal place of business at 14 Jan Smuts Road, Beaconvale, Parow, 7500, Cape Town, South Africa.

B. Plaintiff DermaCare USA Corporation d/b/a DermaConcepts ("DermaConcepts") is a Massachusetts corporation with a principal place of business at 168 Industrial Drive, Unit 1, Mashpee, Massachusetts 02649.

C. Defendant Open Harbors Open Hearts LLC d/b/a AnaCapri ("AnaCapri") is a Florida Limited Liability Company with a record address of 135 Jenkins Street, Suite 105B, #208, St. Augustine, FL 32086.

D. Defendant Levlovs LLC d/b/a You_Are_Beautiful ("You_Are_Beautiful"), is a Florida Limited Liability Company with a record address of 135 Jenkins Street, Suite 105B, #208, St. Augustine, FL 32086.

E. Defendant Pavel Paulouski a resident of Florida, and the co-owner and co-operator of Levlovs LLC d/b/a You_Are_Beautiful and Open Harbors Open Hearts LLC d/b/a AnaCapri.

F. Defendant Halina Tarasiuk is a resident of Florida, and the co-owner and co-operator of Levlovs LLC d/b/a You_Are_Beautiful and Open Harbors Open Hearts LLC d/b/a AnaCapri.

G. Environ is a globally renowned manufacturer of premium, scientifically researched and developed skin care products, and markets such products under the subject marks of the federal registrations set forth in Paragraphs H & I (the "Environ Marks").

H. Environ is the owner of the following Environ incontestable federal registrations (the "Incontestable Registrations"):

| Mark | RN | Reg. Date |
|---|---|---|
| [logo] | 4461232 | Jan 7 2014 |
| ESSENTIA | 4356111 | June 25 2013 |
| DERMA-LAC | 4004887 | Aug 2 2011 |
| C-QUENCE | 3226726 | Apr 10, 2007 |
| IONZYME | 2744826 | July 29 2003 |

2

| Mark | RN | Reg. Date |
|---|---|---|
| ENVIRON | 3725003 | Dec 15 2009 |
| ENVIRON | 3725004 | Dec 15 2009 |
| AVST | 3723196 | Dec 8 2009 |
| [ENVIRON logo] | 2904076 | Nov 23 2004 |
| IONZYME | 2740960 | July 29 2003 |

*MMH*

I. Environ is the owner of the following Environ federal registrations: *(the Environ Registrations)*

| Mark | RN | Reg. Date |
|---|---|---|
| FOCUS CARE RADIANCE+ | 5716000 | Apr 2 2019 |
| ENVIRON | 5675663 | Feb 12 2019 |
| FOCUS CARE CLARITY+ | 5633604 | Dec 18 2018 |
| FOCUS CARE YOUTH+ | 5476248 | May 22 2018 |
| FOCUS CARE COMFORT+ | 5476249 | May 22 2018 |

3

| Mark | RN | Reg. Date |
|---|---|---|
| FOCUS CARE MOISTURE+ | 5476247 | May 22 2018 |
| ROLL-CIT | 5455078 | Apr 24 2018 |
| ROLL-CIT | 5182078 | Apr 11 2017 |

J.  DermaConcepts is Environ's exclusive distributor and licensee in the United States.

K.  Defendants Levlovs LLC d/b/a You_Are_Beautiful, Open Harbors Open Hearts LLC d/b/a AnaCapri, Pavel Paulouski, and Halina Tarasiuk ("Defendants") have been selling Environ Skin Care Products, marketed as "new" under the Environ Marks, without authorizations by Plaintiffs.

L.  On September 24, 2021, Plaintiffs commenced this lawsuit: *Environ Skin Care Limited et al. v. Open Harbors Open Hearts LLC d/b/a AnaCapri, et al.* (3:21-cv-00955) (the "Civil Action") in the United States District Court of the Middle District of Florida, asserting that Defendants were violating the intellectual property rights of Plaintiffs.

## DECREE AND PERMANENT INJUNCTION

Based upon the consent of the Plaintiffs and Defendants, in order to resolve this dispute without further expense, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that:

4

1. This court has jurisdiction over the Civil Action and Defendants.

2. Environ is the owner of all rights in the Environ Marks, including as described in the Environ Registrations and the Incontestable Registrations, all of which are valid and subsisting.

3. Defendants, and their officers, agents, successors, assigns, parents, affiliates, subsidiaries, servants, partners, employees, directors, attorneys, representatives, and all persons, firms, and corporations in active concert or participation with them ("Defendants' Parties") who receive actual notice of this Order are permanently restrained and enjoined from the following acts:

    

    a. Distributing, selling, offering, providing, marketing, promoting, or advertising any products or services bearing, under, or in connection with, any of the Environ Marks or any marks confusingly similar thereto; and

    b. Doing any other acts or things calculated or likely to cause confusion or mistake in the minds of the public or to lead retailers, purchasers, or consumers into the belief that Defendants' Parties' products or services come from Plaintiffs or are somehow sponsored or licensed by, or associated or affiliated with, Environ or its products or services.

4. Apart from entry of this Consent Decree and Stipulated Permanent Injunction, all other claims in the Civil Action against Defendants Open

5

Harbors Open Hearts LLC d/b/a Anacapri, Levlovs LLC d/b/a You_Are_Beautiful, Halina Tarasiuk, and Pavel Paulouski are hereby dismissed WITH PREJUDICE. Each party is to bear its own costs and attorneys' fees.

5. The Court shall retain jurisdiction over this matter for a period of three years to ensure compliance with the terms of this Consent Decree and Stipulated Permanent Injunction.

6. There shall be no appeal from this Consent Decree and Stipulated Permanent Injunction. The undersigned consent to entry of this Consent Decree and Stipulated Permanent Injunction without further notice.

**Environ Skin Care (Proprietary Limited)**
Signed: *[signature]*
Name: Gareth Dunn
Title: CEO
Date: 10 JUNE 2022

**DermaCare USA Corporation d/b/a DermaConcepts**
Signed: _____
Name: _____
Title: _____
Date: _____

DONE AND ORDERED in Jacksonville, Florida this 21st day of June, 2022.

*[signature]*
Marcia Morales Howard
United States District Judge

6

Harbors Open Hearts LLC d/b/a Anacapri, Levlovs LLC d/b/a You_Are_Beautiful, Halina Tarasiuk, and Pavel Paulouski are hereby dismissed WITH PREJUDICE. Each party is to bear its own costs and attorneys' fees.

5. The Court shall retain jurisdiction over this matter for a period of three years to ensure compliance with the terms of this Consent Decree and Stipulated Permanent Injunction.

6. There shall be no appeal from this Consent Decree and Stipulated Permanent Injunction. The undersigned consent to entry of this Consent Decree and Stipulated Permanent Injunction without further notice.

| **Environ Skin Care (Proprietary Limited)** | **DermaCare USA Corporation d/b/a DermaConcepts** |
|---|---|
| Signed: _____ | Signed: _____ [signature] _____ |
| Name: _____ | Name: _____ Robert Ross _____ |
| Title: _____ | Title: CEO |
| Date: _____ | Date: 6/10/22 |

**Pavel Paulouski**

Signed: _[signature]_

Date: 6/13/22

**Levlovs LLC d/b/a You_Are_Beautiful**

Signed: _[signature]_

Name: Pavel Paulouski

Title: Owner

Date: 6/13/22

**Halina Tarasiuk**

Signed: _G. Tiaps_

Date: 6. 13 2022

**Open Harbors Open Hearts LLC d/b/a AnaCapri**

Signed: _G. Tiaps_

Name: ~~Owner~~ Halina Tarasiuk

Title: Owner

Date: 6. 13. 2022

7